

FILED

MAR 2 5 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 3:26-cr-00036

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)

**STEVEN MARK HOSEY**

## I N F O R M A T I O N

The United States Attorney Charges:

From at least April of 2024 to on or about April 10, 2025, at or near Huntington, Cabell County, West Virginia, in the Southern District of West Virginia, defendant, STEVEN MARK HOSEY, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

UNITED STATES OF AMERICA

MOORE CAPITO
United States Attorney

By: _____
STEPHANIE S. TAYLOR
Assistant United States Attorney